**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | H3 Publications, Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Road Magazine** <br> **DBA  decline Magazine** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 58-2673904 |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

**25006 Avenue Kearney**
**Valencia, CA 91355**
Number, Street, City, State & ZIP Code

P.O. Box, Number, Street, City, State & ZIP Code

**Los Angeles**
County

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **http://h3publications.com/** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor   **H3 Publications, Inc.**                                      Case number (*if known*) _____
    Name

---

**7.**  **Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __5111__

---

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**  *Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

---

| Debtor | **H3 Publications, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

        Contact name _____

        Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **H3 Publications, Inc.** _____   Case number (*if known*) _____
Name

| Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March  8, 2017** _____
MM / DD / YYYY

**X** **/s/ David House** _____         **David House** _____
Signature of authorized representative of debtor          Printed name

Title   **CEO** _____

**18. Signature of attorney**

**X** **/s/ Mark T Young** _____   Date   **March  8, 2017** _____
Signature of attorney for debtor                              MM / DD / YYYY

**Mark T Young** _____
Printed name

**Donahoe & Young LLP** _____
Firm name

**25152 Springfield Court Ste 345**
**Valencia, CA 91355-1081** _____
Number, Street, City, State & ZIP Code

Contact phone   **661-259-9000** _____   Email address   **myoung@donahoeyoung.com** _____

**89951** _____
Bar number and State

**Fill in this information to identify the case:**

Debtor name     **H3 Publications, Inc.**

United States Bankruptcy Court for the:     CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)     _____

☐ Check if this is an
  amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **March  8, 2017**          X **/s/ David House**
                                               Signature of individual signing on behalf of debtor

                                               **David House**
                                               Printed name

                                               **CEO**
                                               Position or relationship to debtor

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Mark T. Young**<br>**Donahoe & Young LLP**<br>**25152 Springfield Court Ste 345**<br>**Valencia, CA 91355-1081**<br>**661-259-9000 Fax: 661-554-7088**<br>California State Bar Number: **89951**<br>**myoung@donahoeyoung.com** | |
| ☑ *Attorney for: Debtors* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>     **H3 Publications, Inc.**<br><br>                                 Debtor(s),<br><br>                                 Plaintiff(s),<br><br><br><br><br>                                 Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **7** |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    **David House**                                        , the undersigned in the above-captioned case, hereby declare
          *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                              **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.       I have personal knowledge of the matters set forth in this Statement because:

          ☑ I am the president or other officer or an authorized agent of the Debtor corporation

          ☐ I am a party to an adversary proceeding

          ☐ I am a party to a contested matter

          ☐ I am the attorney for the Debtor corporation

2.a.    ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

           *[For additional names, attach an addendum to this form.]*

  b.    ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**March 3, 2017**
_____
Date

By:  */s/ David House*
_____
Signature of Debtor, or attorney for Debtor

Name:  **David House**
_____
Printed name of Debtor, or attorney for Debtor

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

## RESOLUTION OF THE BOARD OF DIRECTORS
## OF H3 PUBLICATIONS, INC.

The Board of Directors of H3 PUBLICATIONS, INC., a California Corporation (the "Company"), conducted a special meeting on March 3, 2017 at which the following directors of the Company were present: DAVID HOUSE and CHRISTINE HOUSE.

Upon motion duly made and with the consent of a quorum of the Board of Directors, IT IS HEREBY RESOLVED as follows:

Due to the financial circumstances of the Company, it is necessary and appropriate that the Company file a petition for relief under Chapter 7 of the United States Bankruptcy Code. Accordingly, David House, Chief Executive Officer of the Company, is hereby authorized and directed on behalf of the Company to engage Donahoe & Young LLP of Valencia, California as Chapter 7 counsel and forthwith file a Voluntary Petition for relief under Chapter 7 of the United States Bankruptcy Code, in the United States Bankruptcy Court, Central District of California.

THE UNDERSIGNED, THE SOLE DIRECTOR OF THIS CORPORATION, CONSENTS TO THE FOREGOING ACTIONS.

Dated: March 3, 2017

H3 PUBLICATIONS, INC.
a California corporation

By: David House
DAVIE HOUSE, CEO

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**N/A**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**N/A**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Valencia**_____, California.

Date:  **March  3, 2017**_____

*/s/  David House*
**David House, CEO of H3 Publications, Inc.**
Signature of Debtor

_____
Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    *Page 1*                **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name      **H3 Publications, Inc.**

United States Bankruptcy Court for the:      CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
    amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.................................................................................    $                **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.............................................................................    $          **181,705.81**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*...............................................................................    $          **181,705.81**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $                **0.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $            **3,640.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$          **166,454.94**

4.   Total liabilities ...........................................................................................................
    Lines 2 + 3a + 3b                                                                       $          **170,094.94**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **H3 Publications, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2.     **Cash on hand**                                                                **$0.00**

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   **Wells Fargo Bank Account** | **Checking** | **5151** | **$17,040.81** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**                                                            | **$17,040.81** |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

|  | |
|---|---|
| 7.1.   **Kearney Avenue Industrial (security deposit for lease of 25006 Avenue Kearny, Valencia 91355)** | **$4,604.00** |

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **H3 Publications, Inc.**                                       Case number *(If known)* _____
     Name

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                                      **$4,604.00**

---

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

    11a. 90 days old or less:    **114,950.00** - **57,475.00** = ....    **$57,475.00**
                face amount        doubtful or uncollectible accounts

    11b. Over 90 days old:    **89,616.89** - **89,616.89** =....    **$0.00**
                face amount        doubtful or uncollectible accounts

12.    **Total of Part 3.**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.                **$57,475.00**

---

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> **Office furniture** | **$0.00** | **Liquidation** | **$1,000.00** |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **H3 Publications, Inc.**                                                            Case number *(If known)* _____
　　　　　Name

| | | | |
|---|---|---|---|
| communication systems equipment and software | | | |
| Computers and phone system | $0.00 | Liquidation | $500.00 |

42.　**Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.　**Total of Part 7.**
　　　Add lines 39 through 42.  Copy the total to line 86.

| |
|---|
| **$1,500.00** |

44.　**Is a depreciation schedule available for any of the property listed in Part 7?**
　　　☐ No
　　　■ Yes

45.　**Has any of the property listed in Part 7 been appraised by a professional within the last year?**
　　　■ No
　　　☐ Yes

**Part 8:**　**Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

　　　■ No.  Go to Part 9.
　　　☐ Yes Fill in the information below.

**Part 9:**　**Real property**

54. **Does the debtor own or lease any real property?**

　　　☐ No.  Go to Part 10.
　　　■ Yes Fill in the information below.

55.　**Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.　**25006 Avenue Keanery, Valencia CA 91355; offices (no value; business closed)** | **Lessee** | **$0.00** | **N/A** | **$0.00** |

56.　**Total of Part 9.**
　　　Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
　　　Copy the total to line 88.

| |
|---|
| **$0.00** |

57.　**Is a depreciation schedule available for any of the property listed in Part 9?**
　　　■ No
　　　☐ Yes

58.　**Has any of the property listed in Part 9 been appraised by a professional within the last year?**
　　　■ No
　　　☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　　　　　　　Best Case Bankruptcy

| Debtor | **H3 Publications, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

---

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** **http://h3publications.com/** | **$0.00** | | **$0.00** |
| | **http://www.declinemagazine.com/** | **$0.00** | | **$0.00** |
| | **http://www.roadmagazine.net/** | **$0.00** | | **$0.00** |
| | **http://www.e-bikebuyersguide.com/** | **$0.00** | | **$0.00** |
| | **http://www.roadbikebuyersguide.com/** | **$0.00** | | **$0.00** |
| | **http://www.mtbbuyersguide.com/** | **$0.00** | | **$0.00** |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** **List of advertisers** | **$0.00** | | **$0.00** |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

| 66. | **Total of Part 10.** | | **$0.00** |
|---|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | | |

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)**?**
☑ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **H3 Publications, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

■ Yes Fill in the information below.

|  | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| | **Unused net operation losses (NOLs) as of 6/30/16** | Tax year _____ | $101,086.00 |
| 73. | **Interests in insurance policies or annuities**<br>**Sentinel Insurance Company Ltd. - Liability Insurance**<br>**Policy Number: 51SBATC9728**<br>**Expires 7/8/2017** | $0.00 |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| | **Receivables (see Section 11) - no addtiional value listed** | $0.00 |
| | **Nature of claim** _____ | |
| | **Amount requested** **$0.00** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $101,086.00 |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?**<br>■ No<br>☐ Yes | |

Debtor   **H3 Publications, Inc.**                                      Case number *(If known)* _____
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $17,040.81 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $4,604.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $57,475.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $101,086.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $181,705.81 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $181,705.81 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **H3 Publications, Inc.**

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|
| **2.1** **Kearney Avenue Industrial**<br><br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Leasehold interest of 25006 Avenue Kearney,<br>Valencia, CA  91355** | **Unknown** | **$4,604.00** |

**9410 Topanga Canyon Blvd**
**Chatsworth, CA 91311-5758**
Creditor's mailing address

Describe the lien
**Security deposit**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an**
**interest in the same property?**

☐ Contingent
■ Unliquidated
■ Disputed

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$0.00**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did<br>you enter the related creditor? | Last 4 digits of<br>account number for<br>this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **H3 Publications, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**An Ha**<br>**9204 Davidson St**<br>**College Park, MD 20740** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $75.00 | $75.00 |
| | Date or dates debt was incurred<br>**2/1/17** | Basis for the claim:<br>**Professional services rendered** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Bo Bickerstaff**<br>**12 Savannah Ridge**<br>**Frisco, TX 75034** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| | Date or dates debt was incurred<br>**2/1/17** | Basis for the claim:<br>**Professional services rendered (wages,<br>salaries, or commissions)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **H3 Publications, Inc.** | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $900.00 | $900.00 |
|---|---|---|---|---|---|

Priority creditor's name and mailing address

**Daniel Roos**
**Muselblick 16**
**56861 Reil**
**Germany**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**1/5/17**

Basis for the claim:
**Professional services rendered**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|---|

Priority creditor's name and mailing address

**Employment Development**
**Department**
**Bankruptcy Group MIC 92E**
**PO Box 826880**
**Sacramento, CA 94280-0001**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employment taxes believed current; listed for**
**precautionary purposes**

Last 4 digits of account number **3904**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|---|

Priority creditor's name and mailing address

**Franchise Tax Board**
**Bankruptcy Section MS A-340**
**PO Box 2952**
**Sacramento, CA 95812-2952**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Income taxes believed current; listed for**
**precautionary purposes**

Last 4 digits of account number **3904**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|---|

Priority creditor's name and mailing address

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Income taxes believed current; listed for**
**precautionary purposes**

Last 4 digits of account number **3904**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

| Debtor | **H3 Publications, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $240.00 | $240.00 |
|---|---|---|---|---|

**Los Angeles Co Treasurer Tax Coll**
**225 N Hill Street First Floor**
**Los Angeles, CA 90012-3232**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**2016**

Basis for the claim:
**Approximately $240 will be due by 8/31/17 for business personal property owned as of 12/31/16**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Meg McMahon**
**131 Congdon St**
**Providence, RI 02906**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/1/17**

Basis for the claim:
**Professional services rendered**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $125.00 | $125.00 |
|---|---|---|---|---|

**Nathan De Weber**
**1741 Fixlini St Apt B**
**San Luis Obispo, CA 93401**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/1/17**

Basis for the claim:
**Professional services rendered**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 | $200.00 |
|---|---|---|---|---|

**Scott Saifer M S**
**451 La Vista Rd**
**Walnut Creek, CA 94598**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/24/17**

Basis for the claim:
**Services**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **H3 Publications, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 | $300.00 |
|---|---|---|---|---|

**Wil Matthews
PO Box 150172
San Rafael, CA 94915**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2/1/17** | **Professional services rendered** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

Is the claim subject to offset?
■ No
☐ Yes

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 | $1,000.00 |
|---|---|---|---|---|

**Zach Faulkner
12 Scott Circle
Spofford, NH 03462**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2/5/17** | **Professional services rendered** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bank of America
PO Box 15796
Wilmington, DE 19886-5796**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9187**

Basis for the claim:  **Credit card (goods and services, including late fees
and finance charges) -- believed to be current**

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bank of America
PO Box 15796
Wilmington, DE 19886-5796**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8934**

Basis for the claim:  **Credit card (goods and services, including late fees
and finance charges)  -- believed to be current**

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bank of America
PO Box 15796
Wilmington, DE 19886-5796**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7632**

Basis for the claim:  **Credit card (goods and services, including late fees
and finance charges includes account nos. 9187 and 8934)) --  --
believed to be current**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | H3 Publications, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bill and Jean Austin**
**1471 Briargrove Way**
**Oldsman, FL 34677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Shareholders (3,000 shares)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|

**BlueToad Inc**
**5323 Millenia Lakes Blvd Ste 230**
**Orlando, FL 32839**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **H3**

Basis for the claim:  **Professional services rendered; (re digital magazine)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Darrell Voss**
**3511 N Willamette Blvd**
**Portland, OR 97217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Shareholder (3,000 shares)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,000.00 |
|---|---|---|---|

**David and Christine House**
**27164 Saddlepeak Trail**
**Valencia, CA 91354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unpaid loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David and Christine House**
**27164 Saddlepeak Trail**
**Valencia, CA 91354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Shareholders (65,000 shares)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**eSolutions**
**1908 N Enterprise St**
**Orange, CA 92865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **H3**

Basis for the claim:  **Professional services rendered (web host)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gary and Kristen Klein**
**675 NW St Helen Ave**
**Chehalis, WA 98532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Shareholders (6,000 shares)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | H3 Publications, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kurt and Cindy Radamaker**
**6132 Morning Vista Lane**
**Cave Creek, AZ 85331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Shareholders (500 shares)**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,581.27 |
|---|---|---|---|

**LSC Communications**
**PO Box 842292**
**Boston, MA 02284-2291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0004**

Basis for the claim:  **Professional services rendered**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69,799.75 |
|---|---|---|---|

**LSC Communications**
**PO Box 842292**
**Boston, MA 02284-2291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0003**

Basis for the claim:  **Professional services rendered**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rob Roskopp**
**12468 Ted Ave**
**Saratoga, CA 95070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Shareholder (3, 000 shares)**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Robert R and Mary J Orellano**
**Trustees of Orellano Family Trust**
**920 Cliff Drive**
**Santa Paula, CA 93060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Shareholders (3,000 shares)**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Southern California Edison**
**PO Box 600**
**Rosemead, CA 91771-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **H3**

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,205.48 |
|---|---|---|---|

**TelePacific Communications**
**515 S Flower Street 47th Fl.**
**Los Angeles, CA 90071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5537**

Basis for the claim:  **Phone Services**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | H3 Publications, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $268.44 |
|---|---|---|---|

**Verizon**
**PO Box 4005**
**Acworth, GA 30101-9006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __2000__

Basis for the claim: __Phone Services__

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Bank of America**<br>**PO Box 982238**<br>**El Paso, TX 79998-2238** | Line __3.1__<br>☐ Not listed. Explain ____ | __9187__ |
| 4.2 | **Bank of America**<br>**PO Box 982238**<br>**El Paso, TX 79998-2238** | Line __3.2__<br>☐ Not listed. Explain ____ | __8934__ |
| 4.3 | **Bank of America**<br>**PO Box 982238**<br>**El Paso, TX 79998-2238** | Line __3.3__<br>☐ Not listed. Explain ____ | __8934__ |
| 4.4 | **Los Angeles Co Treasurer Tax Coll**<br>**PO Box 54018**<br>**Los Angeles, CA 90054-0018** | Line __2.7__<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **RR Donnelly**<br>**PO Box 842307**<br>**Boston, MA 02284** | Line __3.12__<br>☐ Not listed. Explain ____ | __0004__ |
| 4.6 | **RR Donnelly**<br>**PO Box 842307**<br>**Boston, MA 02284** | Line __3.13__<br>☐ Not listed. Explain ____ | __0003__ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 3,640.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 166,454.94 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 170,094.94 |

---

**Fill in this information to identify the case:**

Debtor name     **H3 Publications, Inc.**

United States Bankruptcy Court for the:     CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Business building lease. Expires September 30, 2018. $4,884.72 monthly. 1 year, 7 months** |
| State the term remaining | |
| List the contract number of any government contract | **Kearney Avenue Industrial 9410 Topanga Canyon Blvd Chatsworth, CA 91311-5758** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Telephone and data services** |
| State the term remaining | **Unknown** |
| List the contract number of any government contract | **TelePacific Communications 515 S Flower Street Los Angeles, CA 90071** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Contract for alarm system** |
| State the term remaining | **18 months (January 2015; 42 month contract)** |
| List the contract number of any government contract | **Vivint 4931 North 300 West Provo, UT 84604** |

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
</table>

**Fill in this information to identify the case:**

Debtor name    **H3 Publications, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1  **Christine House** | **27164 Saddlepeak Trail Valencia, CA 91354 Ms. House may have personally guaranteed; listed for precautionary purposes only** | **Kearney Avenue Industrial** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.2  **David House** | **27164 Saddlepeak Trail Valencia, CA 91354 Mr. House may have personally guaranteed; listed for precautionary purposes only** | **Kearney Avenue Industrial** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **H3 Publications, Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  **7/01/2016** to  **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$560,375.48** |
| **For year before that:**<br>From  **7/01/2015** to  **6/30/2016** | ■ Operating a business<br>☐ Other _____ | **$1,122,495.00** |
| **For the fiscal year:**<br>From  **7/01/2014** to  **6/30/2015** | ■ Operating a business<br>☐ Other _____ | **$1,303,402.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    **H3 Publications, Inc.**

Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **David and Christine House 27164 Saddlepeak Trail Valencia, CA 91354 Officers** | **9/27/16 $10,000; 10/11/16 $6,000; 11/28/16 $4,000; 12/14/16 $3,000; 12/27/16 $3,000; 1/11/17 $3,000; 2/2/17 $4,000** | **$33,000.00** | **Repayments of loans made by officers (paid in lieu of wages)** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Debtor    **H3 Publications, Inc.**                                      Case number *(if known)* _____

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Donahoe & Young LLP**<br>**25152 Springfield Court Ste 345**<br>**Valencia, CA 91355-1081** | **Attorney fees** | **2/13/17** | **$3,500.00** |
| | **Email or website address**<br>**myoung@donahoeyoung.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:    Previous Locations

14. **Previous addresses**

Debtor    **H3 Publications, Inc.**                                Case number *(if known)* _____

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---------|---------------------------|

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|----------------------------------------------------------------------------------|----------------------------------------------------------------------------|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|----------------------------------------|---------------------------------|-------------------------------|------------------------------------------------------|-----------------------------------------|
| 18.1. | **Wells Fargo Bank** | XXXX-3856 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **2/2/17 (transferred to main checking account)** | $5,995.86 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    **H3 Publications, Inc.** _____    Case number (if known) _____

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Various Manufacturers** | **Debtor's business premises** | **Approximately 40 test bicycles owned by various manufacturers** | **Unknown** |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
_Environmental law_ means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

_Site_ means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

_Hazardous material_ means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 5

Debtor    H3 Publications, Inc.
_____         Case number (if known) _____

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:**    Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Sparks & Company, Inc.**<br>**2801 Townsgate Rd. #216**<br>**Westlake Village, CA 91361** | **2014-2017** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **David and Christine House**<br>**27164 Saddlepeak Trail**<br>**Valencia, CA 91354** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    **H3 Publications, Inc.**

Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|--------------------------------------|----------------------|
| David House | 27164 Saddlepeak Trail Valencia, CA 91354 | Shareholder, director, officer (interest shown is community interest with Christine House) | 77.84431 (community) |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|--------------------------------------|----------------------|
| Christine House | 27164 Saddlepeak Trail Valencia, CA 91354 | Shareholder, directors, officer (interest shown is community interest with David House) | 77.84431 (community) |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. | | | 9/27/16 $10,000; 10/11/16 $6,000; 11/28/16 $4,000; 12/14/16 $3,000; 12/27/16 $3,000; 1/11/17 $3,000; 2/2/17 $4,000 (see item 4.1 above) | Repayments of loans made by officers (paid in lieu of wages) |
| | **David and Christine House 27164 Saddlepeak Trail Valencia, CA 91354** | $33,000.00 | | |
| | Relationship to debtor **CEO (David); CFO (Christine)** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|----------------------------------------------------------|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **H3 Publications, Inc.**                                                    Case number *(if known)*

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| 401(k) | EIN: |

<span style="background:black;color:white">**Part 14:**</span>    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    <u>**March  8, 2017**</u>

**/s/ David House**                                         **David House**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Central District of California

In re **H3 Publications, Inc.**                                      Case No. _____
                                    Debtor(s)        Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **3,500.00** |
| Prior to the filing of this statement I have received | $ | **3,500.00** |
| Balance Due | $ | **0.00** |

2.  $ **335.00**   of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **1) Handle all non-litigation communications with creditors, the Trustee, the United States Trustee, and the Court;
        2) Apprise Debtor(s) of all significant developments in the case; promptly relay to Debtor(s) all significant communications with creditors, the Trustee, U.S. Trustee, and the Court; consult with Debtor(s) regarding the appropriate response to such communications;
        3) Notify and discuss with Debtor(s) re any motions, contested matters, or adversary proceedings. In the event that Debtor(s) desire(s) representation in any such matter, Debtor(s) may engage Donahoe & Young LLP or other counsel with respect thereto on a separate agreed-upon fee basis if permitted to do so by the Court or as paid from a non-estate source.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of Debtor as to any contested matter or adversary proceeding.**

| **CERTIFICATION** |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March  8, 2017**                              **/s/ Mark T Young**
_Date_                                          **Mark T Young**
                                                _Signature of Attorney_
                                                **Donahoe & Young LLP**
                                                **25152 Springfield Court Ste 345**
                                                **Valencia, CA 91355-1081**
                                                **661-259-9000  Fax: 661-554-7088**
                                                **myoung@donahoeyoung.com**
                                                _Name of law firm_ |

Statement Regarding Assistance of Non-Attorney - Local Bankruptcy Rule 1002-1 (Rev. 12/03)        2003 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re H3 Publications, Inc. | Case No. |
| | Chapter **7** |
| | **STATEMENT REGARDING ASSISTANCE OF NON-ATTORNEY WITH RESPECT TO THE FILING OF BANKRUPTCY CASE** |

## THE DEBTOR/JOINT DEBTOR DOES HEREBY STATE AND REPRESENT:

☐    I received assistance from a non-attorney in connection with the filing of my bankruptcy case.

1.    I paid the sum of $__

2.    I still owe the sum of $__

3.    I agreed to turn over or give a security interest in the following property:

4.    The name of the person or the name of the firm that assisted me was:

Name:

Address:

Telephone:

☑    I did not receive assistance from a non-attorney in connection with the filing of my bankruptcy case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at    <u>**Valencia**</u>    , California.

Executed on:    <u>**March  3, 2017**</u>
                    Date

_/s/ David House_
**H3 Publications, Inc.**
**David House / CEO**

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Mark T Young**<br>**25152 Springfield Court Ste 345**<br>**Valencia, CA 91355-1081**<br>**661-259-9000 Fax: 661-554-7088**<br>California State Bar Number: **89951**<br>**myoung@donahoeyoung.com** | FOR COURT USE ONLY |
| ☐ *Debtor(s) appearing without an attorney*<br>■ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>      **H3 Publications, Inc.**<br><br><br><br><br><br><br><br><br>                    Debtor(s). | CASE NO.:<br>CHAPTER: **7**<br><br><br>**VERIFICATION OF MASTER**<br>**MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of **6** sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **March  8, 2017**                                    **/s/ David House**
                                                                                Sigant, ure of Debtor 1

Date:  _____            _____
                                                                                Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  **March  8, 2017**                                    **/s/ Mark T Young**
                                                                                Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                                **F 1007-1.MAILING.LIST.VERIFICATION**

H3 Publications, Inc.
25006 Avenue Kearney
Valencia, CA 91355


Mark T Young
Donahoe & Young LLP
25152 Springfield Court Ste 345
Valencia, CA 91355-1081


Office of the US Trustee LA
915 Wilshire Boulevard
Suite 1850
Los Angeles, CA 90017

An Ha
9204 Davidson St
College Park, MD 20740


Bank of America
PO Box 15796
Wilmington, DE 19886-5796


Bank of America
PO Box 982238
El Paso, TX 79998-2238


Bill and Jean Austin
1471 Briargrove Way
Oldsman, FL 34677


BlueToad Inc
5323 Millenia Lakes Blvd Ste 230
Orlando, FL 32839


Bo Bickerstaff
12 Savannah Ridge
Frisco, TX 75034


Christine House
27164 Saddlepeak Trail
Valencia, CA 91354


Daniel Roos
Muselblick 16
56861 Reil
Germany

Darrell Voss
3511 N Willamette Blvd
Portland, OR 97217


David and Christine House
27164 Saddlepeak Trail
Valencia, CA 91354


David House
27164 Saddlepeak Trail
Valencia, CA 91354


Employment Development Department
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


eSolutions
1908 N Enterprise St
Orange, CA 92865


Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952


Gary and Kristen Klein
675 NW St Helen Ave
Chehalis, WA 98532


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Kearney Avenue Industrial
9410 Topanga Canyon Blvd
Chatsworth, CA 91311-5758


Kurt and Cindy Radamaker
6132 Morning Vista Lane
Cave Creek, AZ 85331


Los Angeles Co Treasurer Tax Coll
225 N Hill Street First Floor
Los Angeles, CA 90012-3232


Los Angeles Co Treasurer Tax Coll
PO Box 54018
Los Angeles, CA 90054-0018


LSC Communications
PO Box 842292
Boston, MA 02284-2291


Meg McMahon
131 Congdon St
Providence, RI 02906


Nathan De Weber
1741 Fixlini St Apt B
San Luis Obispo, CA 93401


Rob Roskopp
12468 Ted Ave
Saratoga, CA 95070

Robert R and Mary J Orellano
Trustees of Orellano Family Trust
920 Cliff Drive
Santa Paula, CA 93060


RR Donnelly
PO Box 842307
Boston, MA 02284


Scott Saifer M S
451 La Vista Rd
Walnut Creek, CA 94598


Southern California Edison
PO Box 600
Rosemead, CA 91771-0001


TelePacific Communications
515 S Flower Street 47th Fl.
Los Angeles, CA 90071


TelePacific Communications
515 S Flower Street
Los Angeles, CA 90071


Verizon
PO Box 4005
Acworth, GA 30101-9006


Vivint
4931 North 300 West
Provo, UT 84604

Wil Matthews
PO Box 150172
San Rafael, CA 94915


Zach Faulkner
12 Scott Circle
Spofford, NH 03462